1  DORSEY & WHITNEY LLP
   Sri K. Sankaran (SBN 236584)
2  555 California Street, Suite 1000
   San Francisco, CA 94104-1513
3  sankaran.sri@dorsey.com
   Telephone: (415) 781-1989
4  Facsimile:  (415) 398-3249

5  Attorneys for Plaintiff
   Foundation IP LLC
6
   KENYON & KENYON
7  Sumit Bhattacharya (SBN 225754)
   RiverPark Towers
8  333 West San Carlos St., Suite 600
   San Jose, CA 95110
9  sbhattacharya@Kenyon.com
   Telephone:  (408) 975-7500
10 Facsimile:   (408) 975-7501

11 Attorneys for Defendant
   Lecorpio, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| FOUNDATION IP LLC | NO.: C-05-5228-PJH |
|---|---|
| a Minnesota limited liability company, | [~~PROPOSED~~] ORDER FOR DISMISSAL WITHOUT PREJUDICE |
| Plaintiff, | |
| v. | |
| LECORPIO, INC. | |
| a California corporation, | |
| Defendant. | |

**ORDER**

Based on the foregoing stipulation of the parties, IT IS HEREBY ORDERED THAT:

1. This action is dismissed WITHOUT prejudice; and

2. Each party shall bear its own costs, expenses and attorneys fees.

IT IS SO ORDERED.

LET JUDGMENT BE ENTERED ACCORDINGLY.

9/7/06

_____

Dated

4820-6401-5873\19/5/2006 11:00 AM



[PROPOSED] ORDER FOR DISMISSAL WITHOUT PREJUDICE
C-05-5228